

# Fourth Court of Appeals
## San Antonio, Texas

October 29, 2014

No. 04-14-00394-CV

Desmond D. **LEE**,
Appellant

v.

**BRECKENRIDGE GROUP SAN ANTONIO, II L.P.**,
Appellee

From the County Court at Law No. 10, Bexar County, Texas
Trial Court No. 388765
Honorable Tina Torres, Judge Presiding

**ORDER**

In accordance with this court's memorandum opinion of this date, the appeal is DISMISSED FOR LACK OF JURISDICTION.

It is so **ORDERED** on October 29, 2014.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of October, 2014.

_Keith E. Hottle_
Keith E. Hottle, Clerk